# Office of the Clerk
## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF NEW YORK

Lawrence K. Baerman
    Clerk

December 7, 2004

U.S. District Court
John Joseph Moakley
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Re: <u>TRANSFER OUT</u> of Probation/Supervised Release Jurisdiction

### TRANSMITTAL NOTICE

Dear Clerk:

    Please find enclosed a certified copy of the indictment/information, judgment and commitment order and the original Probation Form 22, Transfer of Jurisdiction Form. These documents are being transferred in reference to the case of: 04-40024 (our docket number) 1:99-CR-608-001 (TJM).

Very Truly Yours;

*P. Aton*

P. Aton
Deputy Clerk

cc:    U.S. Probation
        File

| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 1:99-CR-608-001 |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* 04-40024 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Alfred Simoneau 424 North Main Street North Uxbridge, MA 01538 FILED DEC 7 2004 | DISTRICT NORTHERN DISTRICT OF NEW YORK | DIVISION U.S. Probation - Albany |
|---|---|---|
| | NAME OF SENTENCING JUDGE Honorable Thomas J. McAvoy | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 04/26/2002   TO 04/25/2005 |

OFFENSE

18 U.S.C. § 2423(b): Interstate Travel with Intent to Engage in Sexual Acts with a Minor

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE "NORTHERN DISTRICT OF NEW YORK"

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the DISTRICT OF MASSACHUSETTS upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

9/24/04
*Date*

*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

Oct 25, 2004
*Effective Date*

*United States District Judge*

CERTIFIED DOCUMENT
I certify that this is a printed copy of a document which was electronically filed with the UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF NEW YORK. LAWRENCE K. BAERMAN, CLERK
Dated: 12-07-04
By: _____ Deputy Clerk