

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA : | I N F O R M A T I O N |
| v.   : | Criminal No. 99-CR-608 |
| **ALFRED SIMONEAU,**   : | [VIO: 18 U.S.C. § 2423(b)] |
| Defendant.   : | [1 Count] |

**COUNT I**

THE UNITED STATES ATTORNEY CHARGES:

That on or about October 14, 1997, in the State and Northern District of New York, **ALFRED SIMONEAU**, the defendant herein, then age 40, knowingly and willfully traveled in interstate commerce for the purpose of engaging in a sexual act, as defined in Title 18, United States Code, Section 2246(2), with a person under 18 years of age that would be in violation of Title 18, United States Code, Section 2243(a) of chapter 109A if the sexual act occurred in the special maritime and territorial jurisdiction of the United States, in that, on that date he traveled from the State of Massachusetts to the Albany, New York area for the purpose of engaging in a sexual acts with an individual who he knew was 14 years of age.

1

In violation of Title 18, United States Code, Section 2423(b).

DANIEL J. FRENCH
UNITED STATES ATTORNEY

BY: *Thomas Spina* (signature)

THOMAS SPINA, JR.
ASSISTANT U.S. ATTORNEY
BAR ROLL NO.: 102653

2