CLOSED

# U.S. District Court
## Northern District of New York [LIVE] (Albany)
## CRIMINAL DOCKET FOR CASE #: 1:99-cr-00608-TJM-ALL
### Internal Use Only

Case title: USA v. Simoneau  
Other court case number: 3:01-cv-00337

Date Filed: 11/23/1999

Assigned to: Judge Thomas J. McAvoy

**Defendant**
------------------------

**Alfred Simoneau** (1)  
*TERMINATED: 08/24/2000*

represented by **Martin D. Boudreau**  
Office of Martin D. Boudreau  
487 Adams Street  
Milton, MA 02186  
617-698-2240  
Fax: N/A  
*TERMINATED: 08/24/2000*  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: Retained*

**Thomas F. McEvilly**  
McEvilly, Curley Law Firm  
48 West Street  
Leominster, MA 01453  
978-534-3556  
Fax: 978-534-5119  
*TERMINATED: 08/24/2000*  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: Retained*

**Pending Counts**
------------------------

**Disposition**
------------------

E C F  D O C U M E N T  
I certify that this is a printed copy of a document which was electronically filed with the UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF NEW YORK  
LAWRENCE K. BAERMAN, CLERK  
Dated: 12-07-04  
By: _____ Deputy Clerk

term of imprisonment of 18 Months. Court recommends to BOP that Deft participate in Sex Offender Treatment Program at FCI Butner, if Deft is not able to participate in Butner Sex Offender Program, the Court recommends designation to FCI

| | |
|---|---|
| 18:2423.F COERCION OR ENTICEMENT OF MINOR FEMALE (1) | Devens, Massa chusetts. Deft shall surrender to BOP on 1-03-01. Supervised Release term of 3 Years w/condition not to possess firearms. Special Condition to submit to mental health evaluation and treatment; shall not have contact with a person under the age of 18 unless supervised; shall not possess or use a computer with access to on-line service; shall notify third parties of risks; shall register with state sex offender registry agency. Total Special Assessment $100.00. |

**Highest Offense Level (Opening)**
-----------------------------------

Felony

**Terminated Counts**                                      **Disposition**
---------------------                                      ---------------

None

**Highest Offense Level (Terminated)**
--------------------------------------

None

**Complaints**                                             **Disposition**
--------------                                             ---------------

None

**Plaintiff**
-------------

USA                              represented by   **Thomas Spina, Jr.**
TERMINATED: 08/24/2000                            Office of United States Attorney -
                                                  Albany
                                                  James T. Foley U.S. Courthouse
                                                  445 Broadway
                                                  218 James T. Foley U.S. Courthouse
                                                  Albany, NY 12207-2924
                                                  518-431-0247

Fax: 518-431-0249  
Email: Thomas.Spina@usdoj.gov  
*TERMINATED: 08/24/2000*  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/23/1999 | 1 | WAIVER OF INDICTMENT by Alfred Simoneau (pta) (Entered: 12/07/1999) |
| 11/23/1999 | 2 | INFORMATION as to Alfred Simoneau (1) count(s) 1 (pta) (Entered: 12/07/1999) |
| 11/23/1999 | 3 | Plea Agreement as to Alfred Simoneau (pta) (Entered: 12/07/1999) |
| 11/23/1999 |   | Arraignment as to Alfred Simoneau held before Judge McAvoy (pta) (Entered: 12/07/1999) |
| 11/23/1999 |   | Initial appearance as to Alfred Simoneau held (Defendant informed of rights.) before Judge McAvoy (pta) (Entered: 12/07/1999) |
| 11/23/1999 |   | PLEA of Guilty: Alfred Simoneau (1) count(s) 1 ; Court accepts plea. Remaining counts, if any, to be dismissed at sentencing. (pta) (Entered: 12/07/1999) |
| 11/23/1999 |   | **Added for Alfred Simoneau Attorney Thomas F. McEvilly, Martin D. Boudreau (wbl) (Entered: 12/07/1999) |
| 11/23/1999 |   | **JS2 Opening Card for Alfred Simoneau (pta) (Entered: 08/24/2000) |
| 11/29/1999 | 4 | Minute entry as to Alfred Simoneau WAVIER/FILING INFORMATION / ARRAIGNMENT/PLEA HELD 11-23-99 BEFORE HON. THOMAS J. MCAVOY INN ALBANY : Appearances: Court Reporter B. Buckley; Thomas Spina AUSA for GOVT; Martin Boudreau and Thomas McEvilly for DEFT. Wavier accepted. 1 Ct Informaiton ia amended on the record. Court makes inquiry of deft waiver of appeal rights. Court accepts plea. PSR ordered. Sentencing set for 3-24-00 at 2:30 p.m. in Binghamton. Deft released ROR w/standard conditions. [12:30-12:55] (pta) (Entered: 12/07/1999) |
| 11/30/1999 | 6 | ORDER as to Alfred Simoneau ; released ROR. ( Signed by Chief Judge Thomas J. McAvoy on 11/23/99 ) (pta) (Entered: 12/07/1999) |
| 12/01/1999 | 5 | GUIDELINE ORDER as to Alfred Simoneau ; Sentencing set for |

| | | | |
|---|---|---|---|
| | | | 2:30 p.m. on 3/24/00 in BINGHAMTON ( Signed by Chief Judge Thomas J. McAvoy ) (pta) (Entered: 12/07/1999) |
| 12/09/1999 | | | **Added AUSA Thomas Spina Jr. as to Alfred Simoneau (cml) (Entered: 12/09/1999) |
| 12/10/1999 | | 7 | AMENDED ORDER as to Alfred Simoneau ; released ROR. Next appearance 3-24-00 at 2:30 p.m. in Binghamton; Condition to report to US Probation Office as directed, maintain or actively seek employment, obtain no passport, travel restrictions State/Massachusetts w/exception of travel to ND/NY for Court, avoid contact with victim or potential witness, undergo medical or psychiatric treatment as directed by Probation, no firearms, refrain from excessive use of alcohol, refrain from use or possessio of narcotic drug, etc., submit to testing by pretrial sevices, participate in program of substance abuse as directed, report to pretrial services, and no unsupervised contact with a minor( Signed by Chief Judge Thomas J. McAvoy on 12/9/99 ) (pta) (Entered: 12/10/1999) |
| 02/04/2000 | | 8 | Letter by USA to Probation dd 2/2/00 as to Alfred Simoneau rejecting PSR (sfp) (Entered: 02/04/2000) |
| 03/08/2000 | | 9 | NOTICE OF PRESENTENCE REPORT / Waiver form by Alfred Simoneau and USA (pta) (Entered: 03/08/2000) |
| 03/10/2000 | | 10 | COURT NOTICE dtd 3/10/00 resetting Sentencing for 3:00 PM on 4/20/00 for Alfred Simoneau in Albany , NY (cml) (Entered: 03/10/2000) |
| 03/20/2000 | | 11 | LETTER REQEUST of Martin D. Boudreau, Esq. dd 3-16-00 on behalf of Alfred Simoneau for a continuance of the 3-24-00 Sentencing to a date in Aprial (pta) (Entered: 03/20/2000) |
| 04/07/2000 | | | RECEIVED Letters on behalf of Alfred Simoneau (pta) (Entered: 04/07/2000) |
| 04/07/2000 | | | RECEIVED Report of Psychological Evaluation of Alfred Simoneau [placed in Judge's folder] (pta) (Entered: 04/07/2000) |
| 04/10/2000 | | | RECEIVED LETTERS on behalf of Alfred Simoneau AND request to charge diskett (pta) (Entered: 04/10/2000) |
| 04/20/2000 | | 12 | COURT NOTICE dtd 4/20/00 resetting Sentencing for 9:15 AM on 8/18/00 for Alfred Simoneau in Albany , N.Y. (cml) (Entered: 04/20/2000) |
| 07/17/2000 | | | RECEIPT for Payment of special assessment paid by Alfred |

| | | |
|---|---|---|
| | | Simoneau AMOUNT $ 100.00 Receipt # 48410 (mfd) (Entered: 07/21/2000) |
| 08/07/2000 | 13 | LETTER of Martin D. Boudreau, Esq. dd 8-04-00 on behalf of Alfred Simoneau w/Report of Evaluation of Doctor Martin P. Kafka (pta) (Entered: 08/07/2000) |
| 08/14/2000 | 14 | SENTENCING MEMORANDUM by Alfred Simoneau (sfp) (Entered: 08/14/2000) |
| 08/14/2000 | 15 | MOTION by Atty Boudreau as to Alfred Simoneau for Leave to File Sentencing memorandum (sfp) (Entered: 08/14/2000) |
| 08/16/2000 | 16 | SENTENCING MEMORANDUM by USA dd 8-15-00 in opposition to Deft's objections to PSI and Motion for downward departure as to Alfred Simoneau (pta) (Entered: 08/16/2000) |
| 08/18/2000 | | Sentencing held Alfred Simoneau (1) count(s) 1 (pta) (Entered: 08/22/2000) |
| 08/21/2000 | 17 | SENTENCING HELD 8-18-00 BEFORE HON. THOMAS J. MCAVOY IN ALBANY NY Minute entry as to Alfred Simoneau : Appearances: Court Reporter B. Buckley; Thomas Spina, AUSA for GOVT; Martin Boudreau for DEFT and Thomas McEvilly for DEFT. Atty heard for Deft and makes 5K2 - DENIED. Deft speaks. AUSA Spina does not make 5K1.1 motion. Court adopts findings except as spread upon record. Court Exhibit 1 is marked. Deft sentenced on 1 Ct Info. Deft committed to custody BOP for term of 18 Mos. Court recommends that Deft participate in the Sex Offender Treatment Program if eligible at FCC Butner. Upon release from imprisonment, placed on Supervised Release term of 3 Yrs. w/conditions. Special Condition to submit to a mental health evaluation and complete sex offender treatment, shall not have direct/indirect contact with a person under 18 yrs. unless supervised, shall not possess or use a computer with access to on-line service, shall register with the state sex offender registry agency, notification requirement. Special Assessment $100.00. Deft to surrender to BOP on Wed. 1-03-01 at 2:00 p.m. Parties advised of appeal rights. [9:15-10:00] (pta) (Entered: 08/22/2000) |
| 08/24/2000 | 18 | JUDGMENT Alfred Simoneau (1) count(s) 1. term of imprisonment of 18 Months. Court recommends to BOP that Deft participate in Sex Offender Treatment Program at FCI Butner, if Deft is not able to participate in Butner Sex Offender Program, the Court recommends designation to FCI Devens, Massachusetts. Deft shall surrender to BOP on 1-03-01. Supervised Release term of 3 Years w/condition not to possess firearms. Special Condition to submit to mental health evaluation and treatment; shall not have contact with a person under |

| | | |
|---|---|---|
| | | the age of 18 unless supervised; shall not possess or use a computer with access to on-line service; shall notify third parties of risks; shall register with state sex offender registry agency. Total Special Assessment $100.00. ( Signed by Judge Thomas J. McAvoy on 8/23/00 ) Date Served: 8/24/00 (pta) (Entered: 08/24/2000) |
| 08/24/2000 | | **JS3 Closing Card for Alfred Simoneau (pta) (Entered: 08/24/2000) |
| 08/24/2000 | | **Case closed as to Alfred Simoneau (all defendants). (pta) (Entered: 08/24/2000) |
| 08/24/2000 | 19 | REDACTED COURT EXHIBIT 1 by USA as to Alfred Simoneau (pta) (Entered: 08/29/2000) |
| 08/24/2000 | | **Case closed as to Alfred Simoneau (all defendants). party U.S. Marshal, party Alfred Simoneau, party USA (amt) (Entered: 06/10/2002) |
| 12/26/2000 | 20 | NOTICE of Attorney Appearance of Thomas F. McEvilly by Alfred Simoneau (wbl) (Entered: 12/26/2000) |
| 01/18/2001 | 21 | Judgment Returned Executed as to Alfred Simoneau. Deft voluntarily surrenderd on 1/3/01 to FCI, Butner, NC on 1/3/01 (jlm) (Entered: 01/19/2001) |
| 02/23/2001 | | File transferred from Binghamton to FRC. (sfp) (Entered: 02/23/2001) |
| 02/23/2001 | | File transferred from Binghamton to FRC. (sfp) (Entered: 02/23/2001) |
| 03/08/2001 | 22 | MOTION by Alfred Simoneau to Vacate under 28 U.S.C. 2255 in Civil Case 3:01-cv-337 (TJM) (pta) Modified on 03/08/2001 (Entered: 03/08/2001) |
| 03/29/2001 | 23 | DECISIONA AND ORDER; denying [22-1] motion to Vacate under 28 U.S.C. 2255 as to Alfred Simoneau (1) ( Signed by Judge Thomas J. McAvoy on 3/27/01 ) (pta) (Entered: 03/29/2001) |
| 09/04/2001 | 24 | MOTION by Alfred Simoneau to Vacate under 28 U.S.C. 2255 , (pta) (Entered: 09/04/2001) |
| 09/26/2001 | 25 | TRANSCRIPT filed in case as to Alfred Simoneau for dates of 8/18/01 (fce) (Entered: 09/26/2001) |
| 09/26/2001 | 26 | TRANSCRIPT (Plea) filed in case as to Alfred Simoneau for dates of |

| | | |
|---|---|---|
| | | 11/23/99 (fce) (Entered: 09/26/2001) |
| 11/05/2001 | | RECEIVED Proposed Order by US Probation as to Alfred Simoneau [forward to Chambers] (pta) (Entered: 11/05/2001) |
| 11/08/2001 | 27 | PETITION AND ORDER as to Alfred Simoneau, Modifying Conditions of Release ( Signed by Judge Thomas J. McAvoy on 11/7/01 ) (pta) (Entered: 11/08/2001) |
| 02/25/2004 | | ***Motions terminated as to Alfred Simoneau : [24] Motion to Vacate (2255) filed by Alfred Simoneau. (cbm, ) (Entered: 02/25/2004) |
| 12/07/2004 | 28 | Probation Jurisdiction Transferred to USDC/District of Massachusetts as to Alfred Simoneau Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (pta, ) (Entered: 12/07/2004) |